Builders Supply Company *v.* McCabe, Appellant.

Argued September 28, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

108

*Samuel G. Wagner,* with him *Wagner & Wagner,* *George Y. Meyer* and *John L. Wilson,* for appellant.

*Lee C. McCandless,* with him *Marshall & McCandless* and *James E. Marshall,* for appellee.

PER CURIAM, October 30, 1945:

The order granting a new trial is affirmed on the opinion of the court below.